# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DISTRICT

| | |
|---|---|
| ANDRE C. CORMIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITI MORTGAGE, )<br>)<br>Defendant. ) | No.   4:22-CV-53-CDP |

## MEMORANDUM AND ORDER

This matter is before me upon review of the file. Plaintiff Andre C. Cormier initiated this civil action on January 13, 2022, but he neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*.  On February 16, 2022, I entered an order directing him to do one or the other. In that order, I cautioned plaintiff that his failure to timely comply would result in the dismissal of this action. Plaintiff's response was due on March 9, 2022, but to date, he has filed nothing.

Plaintiff was given meaningful notice of what was expected, he was given ample time to comply, and he was cautioned that dismissal would result from his failure to timely comply. I will therefore dismiss this action at this time, without prejudice, due to plaintiff's failure to comply with my February 16, 2022 order.  *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 23rd day of March, 2022.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE